[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 378.]

**[THE STATE EX REL.] DAWSON, CROSS-APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., CROSS-APPELLANTS.**

**[Cite as *State ex rel. Dawson v. Indus. Comm.*, 1998-Ohio-393.]**

*Workers' compensation—Court of appeals' judgment reversed.*

(No. 96-218—Submitted May 26, 1998—Decided July 22, 1998.)

CROSS-APPEAL from the Court of Appeals for Franklin County, No. 94APD10-1440.

————————————

*White, Getgey & Meyer Co., L.P.A.,* and *Barbara F. Florez*, for cross-appellee.

*Betty D. Montgomery*, Attorney General, and *Steven P. Fixler*, Assistant Attorney General, for cross-appellants.

————————————

{¶ 1} The judgment of the court of appeals is reversed and cause remanded for further proceedings.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————